GEORGE B. HARDIE and Others v. FRANK BEGRISCH, JR., and Others.— Motion

granted on condition that appeal be argued or submitted on December 14, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.